IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, § § § § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 4:24-CV-02717 |
| v. § § | |
| OSCAR LEE DENSON; WEST BELLFORT § FORTUNE INC. D/B/A ZIP IN ZIP OUT, § § | |
| Defendants. § | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between Plaintiff The Burlington Insurance Company ("TBIC") and Defendant West Bellfort Fortune, Inc. D/B/A Zip In Zip Out ("West Bellfort") collectively the "Parties," as follows:

1. The Parties stipulate that all claims asserted by TBIC against West Bellfort and Defendant Oscar Lee Denson are hereby dismissed without prejudice. There are no counterclaims, so this dismisses all pending claims. The consent of Defendant Oscar Lee Denson is not required because despite being served with the complaint, he has not answered or appeared and is in default.

2. Each party shall bear its own costs, expenses and attorneys' fees.

3. This stipulation is intended to dismiss this entire civil action without prejudice.

4. The Parties, along with the filing of this Stipulation, submit to the Court for consideration and entry an Order of Dismissal Without Prejudice.

Respectfully submitted,

*/s/ Wm. Lance Lewis*
WM. LANCE LEWIS
State Bar No. 12314560
S.D. Bar No. 28635
MARCIE L. SCHOUT
State Bar No. 24027960
S.D. Bar No. 34593
TORIE ABBOTT
State Bar No. 24115929
S.D. Bar No. 3841924
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
llewis@qslwm.com
mschout@qslwm.com
tabbott@qslwm.com
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**
**THE BURLINGTON INSURANCE COMPANY**

*/s/ Mark A. Ticer (by permission)*
Mark A. Ticer
State Bar #20018900
mticer@ticerlaw.com

**LAW OFFICE OF MARK A. TICER**
10440 N. Central Expressway
Suite 600
Dallas, Texas 75231
(214) 219-4220
(214) 219-4218 (FAX)

**ATTORNEY FOR DEFENDANT WEST BELLFORT FORTUNE INC. D/B/A ZIP IN ZIP OUT**

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, a true and correct copy of the foregoing document was filed electronically via the Court's CM/ECF system and was thereby served upon all counsel of record.

*/s/ Wm. Lance Lewis*
WM. LANCE LEWIS