Case 4:24-cv-02717   Document 19   Filed on 01/14/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE BURLINGTON INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. 4:24-CV-02717 |
| v. | § § | |
| OSCAR LEE DENSON; WEST BELLFORT FORTUNE INC. D/B/A ZIP IN ZIP OUT, | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the Joint Stipulation of Dismissal Without Prejudice ("Stipulation") filed by Plaintiff The Burlington Insurance Company ("Plaintiff"), and Defendant West Bellfort Fortune, Inc. D/B/A Zip In Zip Out ("West Bellfort"), collectively the "Parties." Having considered the Stipulation, the Court finds it well taken and makes and delivers the following ruling:

IT IS ORDERED, ADJUDGED, AND DECREED that all claims and causes of action which were asserted herein by Plaintiff against West Bellfort and Oscar Lee Denson are dismissed without prejudice. Because there are no counterclaims, this order disposes of all pending claims and constitutes final judgment herein. All costs and fees are to be borne by the party incurring same.

Signed this 14th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE